FILED ___ ENTERED
LODGED ___ RECEIVED

JUN - 4 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDY DEPAZ-ALFONSO,<br><br>         Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | Case No. C11-1645-JLR-BAT<br>(CR10-350-JLR)<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's motion under § 2255, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is **DISMISSED** with prejudice; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of June, 2012.

_____
JAMES L. ROBART
United States District Judge

11-CV-01645-ORD

ORDER OF DISMISSAL- 1